**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-00875-WJM

ROY ALBERT KAHN,

    Petitioner,

v.

CHARLES DANIELS,

    Respondent.

---

FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Adopting Recommendation And Denying Petitioner's Writ Of Habeas Corpus, entered by the Honorable William J. Martínez, United States District Judge, on August 31, 2012, it is

ORDERED that the Recommendation of the United States Magistrate Judge (ECF NO. 19) is ACCEPTED.

IT IS FURTHER ORDERED that Petitioner's Application for Writ of Habeas Corpus (ECF No. 1) is DENIED.

IT IS FURTHER ORDERED that Final Judgment is entered for Respondent and against the Petitioner. Each party shall bear their own costs.

DATED at Denver, Colorado, this   5th   day of September 2012.

                          FOR THE COURT:
                          GREGORY C. LANGHAM, CLERK

                          By: s/ Edward P. Butler
                          Edward P. Butler, Deputy Clerk